928

No. 90–6927. ELAM *v.* FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–6930. GRAHAM *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 90–6931. RAEL *v.* SULLIVAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 90–6933. MATHIS *v.* WAYNE COUNTY FRIEND OF THE COURT ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6934. MORRIS *v.* PULEO ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6935. MOORE *v.* MASCHNER ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6936. METOYER *v.* KAISER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6938. GRIFFIN *v.* LANE ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–6942. WILEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6944. FULLER *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 90–6950. WATTS *v.* JOHNSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6952. VARNER *v.* MORRISON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6961. BURNLEY *v.* KENNON. C. A. 4th Cir. Certiorari denied.

No. 90–6962. KARIM-PANAHI *v.* REAGAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–6965. MCDONALD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6970. SANDERS *v.* JOHNSON ET AL. C. A. 6th Cir. Certiorari denied.